**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

No. 08-M-57

v.

ALAN K. CHERRY,

            Defendant.

---

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### ORDER

A warrant for the arrest of the defendant was issued in the Northern District of Illinois upon the petition of the United States Probation Office there seeking revocation of supervised release. The defendant was arrested in this district and the defendant appeared before the undersigned on February 22, 2008. The United States moved for the detention of the defendant pending removal and the defendant did not oppose the motion. Accordingly, it is hereby

**ORDERED** that pursuant to Fed. R. Crim. P. 32.1(a)(1) and 46(c), and pursuant to 18 U.S.C. §§ 3142 and 3143, the motion of the United States that the defendant shall be held without bail pending removal is **GRANTED**; and

**IT IS FURTHER ORDERED** that the defendant is granted leave to seek reconsideration in the charging district or in this district if circumstances change and reserves the right to oppose detention in the charging district.

**IT IS SO ORDERED.**

DATED: February 22, 2008
             Albany, New York

_David R. Homer_
United States Magistrate Judge