## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK



**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy



James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

February 26, 2008

Clerk, U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen Building
20th Floor
219 South Dearborn Street
Chicago, Illinois 60604

RE: USA v. Cherry   (NYND Case #1:08-mj-57)
                    (ILND Case #1:03-cr-1049)

Dear Clerk:

Enclosed please find certified copies of the following documents:

1. WAIVER OF RULE 5 & 5.1 HEARINGS
2. COMMITMENT TO ANOTHER DISTRICT
3. DOCKET SHEET FROM NDNY
4. OTHER RELATED DOCUMENTS

Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

Thank you for your attention in this matter.

> RECEIVED
> MAR 05 2008
> MICHAEL W. DOBBINS
> CLERK, U.S. DISTRICT COURT

> U.S. DISTRICT COURT
> N.D. OF N.Y.
> FILED
> MAR 10 2008
> LAWRENCE K. BAERMAN, CLERK
> ALBANY

Sincerely,
LAWRENCE K. BAERMAN, CLERK

By: Daniel Krug
Deputy Clerk

Enclosures

ACKNOWLEDGMENT: _____   DATE: _____

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



$00.410
US POSTAGE

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

MAR 10 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY, NEW YORK 12207

122207423525